PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Antonio Frierson</u>  Case Number: <u>3:10-00017-02</u>

Name of Judicial Officer: <u>Honorable Todd J. Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>December 17, 2010</u>

Original Offense: <u>18 U.S.C. §§ 2113(a) Bank Robbery</u>

Original Sentence: <u>46 months' custody and two years' supervised release</u>

Type of Supervision: <u>Supervised release</u>  Date Supervision Commenced: <u>May 16, 2013</u>

Assistant U.S. Attorney: <u>To be determined</u>  Defense Attorney: <u>John E. Nicoll</u>

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Considered this __6__ day of __March__, 2014, and made a part of the records in the above case.

_/s/ Amanda M. Russell_
Amanda M. Russell
U.S. Probation Officer

_/s/ Todd Campbell_
Todd J. Campbell
U.S. District Judge

Place    Nashville

Date    March 6, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |

**1.**      **The defendant shall refrain from any unlawful use of a controlled substance.**
Mr. Frierson has tested positive for cocaine on two separate occasions: January 9, 2014, and January 22, 2014. Each urine sample was confirmed positive by the testing laboratory.

When questioned by the probation officer on January 15, 2014, Mr. Frierson admitted to using cocaine, sporadically, since Thanksgiving. He reported he "screwed up" and had been hanging around the "wrong people."

The probation officer met with Mr. Frierson on January 23, 2014, following his positive drug test for cocaine on January 22, 2014. He admitted to "snorting" a few lines of cocaine on January 15, 2014, and January 19, 2014. Mr. Friersen could provide no explanation for why he continues to use cocaine. He reported, again, that he is around the "wrong people." He reported his wife was not aware of his illegal drug use, but he planned to tell her so she can keep him away from the "wrong people."

**Compliance with Supervision Conditions and Prior Interventions:**
Antonio Frierson is employed and lives with his wife and child in Nashville, Tennessee. Mr. Frierseon began his term of supervised release on May 16, 2013, and his supervision is due to terminate on May 15, 2015.

A report was submitted to the Court on July 26, 2013, regarding Mr. Frierson's violation of testing positive for marijuana on May 17, 2013. The Court ordered no action at that time. Mr. Frierson was given a verbal reprimand, referred for outpatient substance abuse treatment, and re-instructed to not use any illegal substances.

Following his positive drug test for cocaine on January 9, 2014, Mr. Frierson was given a verbal reprimand and re-instructed to not use any illegal substances. His outpatient substance abuse treatment was increased to weekly sessions and his random drug testing was also increased. Mr. Frierson is currently participating in substance abuse treatment and his therapist is aware of his illegal drug use. He has incurred no further positive test results since January 22, 2014.

**U.S. Probation Officer Recommendation:**
The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Friersen remain on supervised release, continue to participate in substance abuse treatment, and not incur any future violations. The U.S. Attorney's Office has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer